DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN RENDER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3211

[May 12, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 00-013240CF10A.

Kevin Render, Carrabelle, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***